# Certificate of Mailing

**Date printed: 4/29/2019**
**Case: 18-14727 Document: 22**

**On the date listed above, the Court mailed by first class U.S. Mail, the document listed above to the following parties:**

sp  Austin C. Smith  Smith Law Group  3 Mitchell Place  New York, NY 10017

Total: 1

Form ID: feephv
District/Off: 0101-1
User: jpessimat