*Joan N. Feeney* (signature)
Dated: 4/30/2019
Motion allowed.

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>GIA PROVANZANO,<br>　　　　　　Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 7<br>CASE NO. 18-14727-JNF |

## MOTION TO ADMIT COUNSEL *PRO HAC VICE*

NOW COMES the Debtor, Gia Provanzano, who, upon the annexed affidavit of Austin C. Smith in support of this Motion, moves this Court pursuant to the Local Rules of the United States Bankruptcy Court for the District of Massachusetts for an Order allowing the admission of Austin C. Smith, a member in good standing of the Bar of the State of New York, the United States District Court for the Southern District of New York, the United States District Court for the East District of New York, and the United States District Court for the Eastern District of Michigan as an attorney *pro hac vice* to argue or try a forthcoming adversary proceeding for determination of dischargeability under 11 U.S.C. Section 523(a)(8) in this case in whole or part as counsel for Gia Provanzano. There are no pending disciplinary proceedings against Austin C. Smith in any State or Federal court.

　　　　　　　　　　　　　　　　　　GIA PROVANZANO, Debtor
　　　　　　　　　　　　　　　　　　By his attorney,

Date: April 26, 2019　　　　*/s/ Richard N. Gottlieb, Esq.*
　　　　　　　　　　　　　Richard N. Gottlieb, Esq. BBO #547970
　　　　　　　　　　　　　Local Counsel for Debtor
　　　　　　　　　　　　　Law Offices of Richard N. Gottlieb
　　　　　　　　　　　　　Ten Tremont Street
　　　　　　　　　　　　　Suite 11, Third Floor
　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　(617) 742-4491
　　　　　　　　　　　　　rnglaw@verizon.net