*[Signature: Joan N. Feeney]*
*05/07/2019 Motion allowed.*

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re<br>GIA PROVANZANO,<br>　　　　　Debtor | IN PROCEEDINGS UNDER<br>CHAPTER 7<br>CASE NO. 18-14727-JNF |

**MOTION OF DEBTOR TO RE-OPEN CHAPTER 7 BANKRUPTCY CASE FOR THE PURPOSE OF DETERMINING DISCHARGEABILITY OF CERTAIN DEBTS**

　NOW COMES the Debtor, Gia Provanzano, and hereby moves this Court for an order reopening the Debtor's Chapter 7 case pursuant to 11 U.S.C. § 350(b) of the Bankruptcy Code and Rules 5010 and 4007 of the Federal Rules of Bankruptcy Procedure for the purpose of having the Court decide as to the dischargeability of certain debts.  As grounds therefore, the Debtor hereby states as follows:

1. On December 21, 2018, Debtor filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Massachusetts.

2. Debtor listed on Schedule "F" certain "private student loans" owed to National Collegiate Student Loan Trust 2006-2, National Collegiate Student Loan Trust 2006-4, National Collegiate Student Loan Trust 2007-1, National Collegiate Student Loan Trust 2007-4 and certain "Educational Loans" owed to Navient Solutions, LLC in the aggregate amount of more than $110,000.

3. On or about April 3, 2019, this Court issued an Order of Discharge in the Debtor's bankruptcy case.

4. Debtor is experiencing a dire financial situation and now seeks to reopen this bankruptcy case to obtain "relief" within the meaning of 11 U.S.C. § 350(b).